**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| ANDREW DOWNS,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 2:26-cv-02142-DCF |

**DEFENDANTS EQUIFAX INFORMATION SERVICES, LLC MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Equifax Information Services, LLC, ("Equifax") ("Defendant"), respectfully moves this Court to dismiss all of Plaintiff's claims, with prejudice. Equifax contemporaneously file its Brief in Support of its Motion to Dismiss Plaintiff's Complaint and incorporates it herein by reference for all purposes.

WHEREFORE, PREMISES CONSIDERED, Defendant Equifax Information Services, LLC, respectfully requests that this Honorable Court grant the Motion to Dismiss Plaintiff's Complaint and dismiss all of Plaintiff's Claims, with prejudice, and for other such relief as the Court deems necessary.

Respectfully submitted,

*/s/ Ralph D. Scott III*
Ralph D. Scott III (#2015127)
Lax, Vaughan, Fortson, Rowe & Threet, P.A.
11300 Cantrell Road, Suite 201
Little Rock, AR 72212
(501) 376-6565 Main
(501) 376-6666 Facsimile
tscott@laxvaughan.com

*Counsel for Defendant*
*Equifax Information Services, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that I served a true and correct copy of the foregoing by e-mail and United States Mail, first-class postage prepaid, upon the following pro se Plaintiff:

Andrew Downs
205 N 44th Street
Fort Smith, AR 72903
rushfortsmith@gmail.com

*/s/ Ralph D. Scott III*
Ralph D. Scott III